# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANTOS ELIAS OXLAJ IXCOY,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No. 2:26-cv-01008-KES-EPG-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 31, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Respondents to provide Petitioner with a bond hearing. (ECF No. 8.) The district judge referred this matter to the undersigned "for further proceedings," noting that "the magistrate judge may consider whether to hold further proceedings on the petition in abeyance" "pending the appeal in *Rodriguez v. Bostock*, No. 25-6842 (9th Cir.)." (Id. at 3, 2 n.1.)

Given the uncertainty regarding when the Rodriguez appeal will be decided, the Court declines to hold further proceedings on the petition in abeyance. Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction;

2. Within thirty (30) days of the date of service of Respondents' response, Petitioner may file a reply; and

3. If Respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **April 6, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2